**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

ELEANOR OAKLEY,
        Plaintiff,

Case Number 3:12-cv-00127-HRH

v.

UNITED STATES OF AMERICA,
        Defendant.        **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the United State's motion to dismiss for lack of jurisdiction is GRANTED.

APPROVED:

_/s/H. Russel Holland_
H. Russel Holland
United States District Judge

Date: August 16, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

          Marvel Hansbraugh
          Marvel Hansbraugh,
          Clerk of Court

[~9930448.wpd]{JMT2.WPT*Rev.3/03}